UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
Eastern Division

UNITED STATES OF AMERICA
                          Plaintiff,

v.                                        Case No.: 1:07−cr−00734
                                                Honorable Joan B. Gottschall

Seigfried Stubbs
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, November 15, 2007:

      MINUTE entry before Judge Geraldine Soat Brown : The referral of this matter having been assigned to Magistrate Judge Geraldine Soat Brown, for an arraignment and detention hearing. Arraignment and plea for Seigfried Stubbs is set for 11/27/07 at 9:30 a.m.Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.