## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan B. Gottschall | Sitting Judge if Other than Assigned Judge | Geraldine Soat Brown |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 734 | **DATE** | 11/19/2007 |
| **CASE TITLE** | USA vs. Stubbs | | |

**DOCKET ENTRY TEXT**

Arraignment and Plea for Seigfried Stubbs scheduled for 11/27/07 at 9:30 a.m. has been rescheduled for 12/06/07 at 9:30 a.m.

Notices mailed by Judicial staff.
*Copy to judge/magistrate judge.

| | Courtroom Deputy Initials: | NTF |
|---|---|---|