# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Joan B. Gottschall | **Sitting Judge if Other than Assigned Judge** | Geraldine Soat Brown |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 734 | **DATE** | 12/06/2007 |
| **CASE TITLE** |  | USA vs. Stubbs | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held. Defendant voluntarily surrenders on 12/06/07. Defendant informed of his rights. Arraignment previously set for 12/06/07 is stricken and reset to 12/14/07 at 10:00 a.m. Defendant's counsel must be present at the arraignment. Government's oral motion to exclude time is granted. Time is excluded pursuant to 18 U.S.C. 3161(h)(1) (X-T).

Notices mailed by Judicial staff.
*Copy to judge/magistrate judge.

00:10

| | Courtroom Deputy Initials: | NTF |
|---|---|---|