## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan B. Gottschall | Sitting Judge if Other than Assigned Judge | Geraldine Soat Brown |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 734 | **DATE** | 12/14/2007 |
| **CASE TITLE** | USA vs. Seigfried Stubbs | | |

**DOCKET ENTRY TEXT**

Arraignment held. Defendant informed of his rights. Defendant waives formal reading of indictment. Defendant enters plea of not guilty to each charge and all counts of the Indictment. Jerry D. Bischoff is given leave to file an appearance on behalf of the defendant. Rule 16.1(A) conference to be held on or before 12/28/07. Pretrial motions shall be filed on or before 01/28/08. Response to pretrial motions shall be filed on or before 02/11/08. Reply to pretrial motions shall be filed on or before 02/18/07. Status hearing before Judge Gottschall is set for 01/23/08 at 9:30 a.m. The government and defendant agree on certain conditions of release. Enter Order Setting Conditions of Release. Defendant shall be released after processing. On the government's motion and the defendant not objecting, the court finds that the time until the status before the District Judge shall be excluded pursuant to 18 U.S.C. § 3161(h)(1) and *U.S. v. Tibboel*, 753 F.2d 608 (7th Cir. 1985). (X-T). *Geraldine Soat Brown*

■ [ For further detail see separate order(s).]

Docketing to mail notices.
*Copy to judge/magistrate judge.

00:10

| | Courtroom Deputy Initials: | NTF |
|---|---|---|