Order Form (01/2005)

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan B. Gottschall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 734 - 1 | **DATE** | 1/23/2008 |
| **CASE TITLE** | USA vs. Stubbs | | |

**DOCKET ENTRY TEXT**

Status hearing held and continued to 3/12/2008 at 9:30AM.  Discovery shall be exchanged by 2/25/08.  Pretrial motions are extended and due by 3/25/2008.  Responses by 4/8/08.  Replies by 4/18/08.  Ruling by mail by 5/19/08.  Jury trial set for 4/28/08 is stricken and reset to 7/7/08 at 9:00AM.  Time is excluded through 3/12/08 for continuity of counsel and 3/25/08 through 5/19/08 for filing through disposition of pretrial motions pursuant to 18:3161(h)(8)(B)(iv);(h)(1)(F). (T4);(X-E).  Defendant's appearance is waived for scheduled status hearing.

Docketing to mail notices.

00:010

| | Courtroom Deputy Initials: | RJ |
|---|---|---|