UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No.   07 CR 734 |
| | ) | |
| v. | ) | Hon. Joan B. Gottschall |
| | ) | |
| SEIGFRIED STUBBS | ) | |

## ATTORNEY DESIGNATION

Please take notice that the undersigned Assistant United States Attorney has been designated in the above captioned case.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By:          By:   s:/Rachel Cannon
                   RACHEL M. CANNON
                   Assistant U.S. Attorneys
                   219 South Dearborn Street
                   Chicago, Illinois 60604
                   (312) 353-5300

**CERTIFICATE OF SERVICE**

     The undersigned Assistant United States Attorney hereby certifies that the following documents:

**ATTORNEY DESIGNATION**

was served on March 5, 2008, in accordance with FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing pursuant to the district court's Electronic Case Filing (ECF) system as to ECF filers.

                                By:        s:/Rachel Cannon
                                               RACHEL M. CANNON
                                               Assistant U.S. Attorneys
                                               219 South Dearborn Street
                                               Chicago, Illinois 60604
                                               (312) 353-5300