UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | No. 07 CR 734 |
| | ) | Judge Joan B. Gottschall |
| SEIGFRIED STUBBS | ) | |

**MOTION TO WITHDRAW FROM FURTHER
LEGAL REPRESENTATION OF DEFENDANT SEIGFRIED STUBBS**

NOW COMES the Defendant, SEIGFRIED STUBBS, by and through his attorney, JERRY BISCHOFF, and hereby moves to withdraw his appearance as counsel for Defendant, SEIGFRIED STUBBS. In support thereof, the defendant states as follows:

1. On November 6, 2007, the defendant was indicted and charged with seven counts of wire fraud and one count of possessing and uttering a counterfeit security;

2. Defendant thereafter retained out-of-state counsel, John Feiner, to represent him on the above captioned case;

3. John Feiner contacted attorney Jerry Bischoff and asked him to act as local counsel on the case;

4. Shortly after the government forwarded the voluminous discovery in this case to Mr. Feiner in California, Mr. Feiner contacted Mr. Bischoff and informed him that he would not be appearing pro hac vice. At that time, Mr. Feiner asked Mr. Bischoff if he would consider acting as attorney on Mr. Stubbs' behalf;

5. Mr. Bischoff and the defendant Seigfried Stubbs met on January 28, 2008 and entered into a fee agreement;

6. Since January 28, 2008 Mr. Stubbs has breached said agreement. Mr. Stubbs is apparently unable to afford the services of private counsel;

7. This case consists of voluminous records and will require counsel to spend countless hours preparing for trial. Defense counsel has also informed defendant that extensive investigation needs to be conducted. Counsel has advised defendant that he will need the services of a private investigator to assist in preparing for trial;

8. Defense counsel has not communicated with defendant in several weeks due to the failure to resolve the breach of the above referenced fee agreement;

9. Based on the above, the undersigned counsel no longer can, consistent with his ethical responsibilities and duties to Seigfried Stubbs, represent him in this matter.

WHEREFORE, in view of the aforementioned facts, the undersigned counsel moves the Court to enter an order granting him leave to withdraw as counsel for Defendant Seigfried Stubbs.

> Respectfully submitted,
>
> ss/ Jerry Bischoff
> Jerry Bischoff

Jerry Bischoff
Attorney at Law
35 E. Wacker Drive
Suite 650
Chicago, Illinois 60601
(312) 853-2167