UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | No. 07 CR 734 |
| | ) | Judge Joan B. Gottschall |
| SEIGFRIED STUBBS | ) | |

**Certificate of Service**

_____  The undersigned Attorney hereby certifies that in accordance with Fed. R. Crim. P 49, Fed R. Civ. P. 5, LR5.5 and the General Order on Electronic Case Filing (ECF), the following documents:

**Motion to Withdraw as Counsel on behalf of Seigfried Stubbs**

were served pursuant to the district court's ECF system as to ECF filers.

Respectfully submitted,

s\ Jerry D. Bischoff
Jerry D. Bischoff

Jerry D. Bischoff
Attorney at Law
35 E. Wacker Drive
Suite 650
Chicago, IL 60601
(312) 853-2167