UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | No.  07 CR 734 |
| | ) | Judge Gottschall |
| SEIGFRIED STUBBS | ) | |

### NOTICE OF MOTION

To:    Rachel Cannon
       Assistant United States Attorney
       219 S. Dearborn Street
       Chicago, Illinois 60604

    PLEASE TAKE NOTICE that I shall present Defendant's Motion to Withdraw as counsel for Seigfried Stubbs before the Honorable Judge Joan B. Gottschall in the United States District Court for the Northern District of Illinois at 219 South Dearborn in Chicago on Thursday, May 8, 2008, at 9:30 a.m.

                                      Respectfully submitted,

                                      S/ Jerry Bischoff
                                          Jerry Bischoff, One of the
                                          Attorneys for Plaintiff

Jerry Bischoff
35 E. Wacker Drive, Suite 650
Chicago, IL 60601
(312) 853-2167

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| v. | ) | No. 05 CR 202 |
| | ) | **Judge Samuel Der-Yeghiayan** |
| **MARY CAPRI** | ) | |

## NOTICE OF FILING

To:   Andrew Porter
    Assistant United States Attorney
    219 S. Dearborn Street
    Chicago, Illinois 60604

   PLEASE TAKE NOTICE that on September 11, 2007, the defendant filed her Notice of Appeal and Docketing Statement at 219 S. Dearborn Ave, a copy of which is hereby served upon you.

## CERTIFICATE OF SERVICE

   The undersigned certifies that on the 11th day of September, 2007, he caused a copy of the above-mentioned document to placed in the U.S. mail, first-class postage-prepaid to the above-named persons.

                        Respectfully submitted,


                        _____
                        Jerry Bischoff
                        35 E. Wacker Drive, Suite 650
                        Chicago, IL 60601
                        (312) 853-2167