## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan B. Gottschall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 734 - 1 | **DATE** | 5/8/2008 |
| **CASE TITLE** | USA vs. Stubbs | | |

**DOCKET ENTRY TEXT**

Motion hearing held.  Motion by Jerry Bischoff to withdraw from further legal representation of Defendant Seigfried Stubbs [20] is granted.  Status hearing is set for 5/14/2008 at 9:30AM.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | RJ |
|---|---|---|