## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Joan B. Gottschall | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 734 - 1 | **DATE** | 5/14/2008 |
| **CASE TITLE** | USA vs. Seigried Stubbs | | |

**DOCKET ENTRY TEXT**

Status hearing held and continued to 7/23/2008 at 9:30AM.  Oral motion by Paul Flynn- Federal Defender Program for leave to file appearance on behalf of defendant.  Jury trial set for 7/7/2008 is stricken and reset to 9/8/2008 at 9:00AM.  Pretrial motions are due by 6/23/2008; Responses by 7/7/2008; Replies by 7/14/2008.  Ruling by mail by 8/14/2008.  Time is excluded filing through disposition of pretrial motions pursuant to 18:3161(h)(1)(F). (X-E).

Docketing to mail notices.

00:03

| | Courtroom Deputy Initials: | RJ |
|---|---|---|