IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION


| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | Judge Joan B. Gottschall |
| | ) | No. 07 CR 734 |
| SEIGFRIED STUBBS | ) | |

**AMENDED**

**NOTICE OF FILING**

TO:   Timothy Chapman
        Assistant United States Attorney
        219 S. Dearborn St., 5th Floor
        Chicago, IL 60604

     Please take notice that on this 13th day of August, 2008, the undersigned filed the following document(s) in the above-captioned cause, a copy of which is attached hereto.

-    DEFENDANT'S STUBB'S EMERGENCY UNOPPOSED MOTION
    TO CONTINUE TRIAL


                                             FEDERAL DEFENDER PROGRAM
                                           Terence F. MacCarthy
                                           Executive Director

                                           By:   s/Paul Flynn
                                                     Paul Flynn

PAUL FLYNN
FEDERAL DEFENDER PROGRAM
55 East Monroe Street, Suite #2800
Chicago, IL 60603
(312) 621-8343

IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | Judge Joan B. Gottschall |
| | ) | No. 07 CR 734 |
| SEIGFRIED STUBBS | ) | |

**DEFENDANT STUBB'S EMERGENCY UNOPPOSED MOTION**
**TO CONTINUE TRIAL**

Now comes the defendant, Seigfried Stubbs by and through his attorney, Paul Flynn, of the Federal Defender Program, to move this Honorable Court to continue the trial in this matter because of the deteriorating health and ongoing surgeries of Pernessia Stubbs, the defendant's wife.

The basis for this emergency motion is the following:

1. Since the last time defendant and counsel were in court, the defendant's wife was diagnosed and began treatment for cancer. Her condition has become increasingly serious.

2. There have been a series of complications during the course of treatment including irregular heartbeats, and an adverse reaction to blood transfusions. Mrs. Stubbs was first operated on approximately three weeks ago at Christ Advocate Hospital on 95th and California here in Chicago.

3. The operating surgeon could not complete the procedures scheduled because

Mrs. Stubbs could not tolerate additional anaesthesia. She is currently scheduled to undergo additional surgery on Wednesday August 13, 2008. It is anticipated that she will be confined to her bed for six weeks at a minimum.

4. Seigfried Stubbs is her sole caretaker, nurse and means of transportation. For approximately four weeks counsel has been unable to review the voluminous discovery which has been turned over since we were last in court with the defendant due to her medical appointments and care.

5. Mr. Stubbs does not have the financial wherewithal to afford to hire someone to assist with nursing and care-giving. After depleting his funds on his previous attorney the Federal Defender Program was appointed to represent him.

6. Since the status conference, last held before this Court, defense counsels received the voluminous discovery generated in the investigation of this case. Counsel needs to review these materials with the defendant and conduct the necessary follow up investigation and interviews that will ensue. Mr. Stubbs is fully prepared to waive his right to a speedy trial based on the above mentioned factors and the need to prepare adequately for his defense.

Therefore, the defense respectfully asks this Honorable Court to grant a continuance in this matter to a date sufficient to accomplish this work such that Mr. Stubbs receives a fair trial.

        Respectfully submitted,

        FEDERAL DEFENDER PROGRAM
        Terence F. MacCarthy,
        Executive Director


        By: s/Paul Flynn
            Paul Flynn
          Attorney for Seigfried Stubbs


PAUL FLYNN
FEDERAL DEFENDER PROGRAM
55 E. Monroe Street, Suite 2800
Chicago, Illinois 60603
(312) 621-8300

## CERTIFICATE OF SERVICE

      The undersigned, Paul Flynn, an attorney with the Federal Defender Program hereby certifies that in accordance with FED.R.CIV.P5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following document(s):

**DEFENDANT STUBB'S EMERGENCY UNOPPOSED MOTION
TO CONTINUE TRIAL**

was served pursuant to the district court's ECF system as to ECF filings, if any, and were sent by first-class mail/hand delivery on August 13, 2008 counsel/parties that are non-ECF filers:

      By:    s/Paul Flynn
              PAUL FLYNN
              FEDERAL DEFENDER PROGRAM
              55 E. Monroe St., Suite 2800
              Chicago, Illinois 60603
              (312) 621-8343