**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

UNITED STATES OF AMERICA
                                    Plaintiff,

v.                                                 Case No.: 1:07–cr–00734
                                                       Honorable Joan B. Gottschall

Seigfried Stubbs
                                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, August 14, 2008:

      MINUTE entry before the Honorable Joan B. Gottschall: EMERGENCY MOTION TO CONTINUE TRIAL by Seigfried Stubbs [29] is granted ; Status hearing held on 8/14/2008; ( Jury Trial reset for 1/26/2009 at 09:00 AM., Status hearing set for 11/12/2008 at 09:30 AM.); Time is excluded through 1/26/2009 in the interest of justice; continuity of counsel pursuant to 18:3161(h)(8)(A)(B). Mailed notice (rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.